**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| GS2 | E 2313739 | Callwood | Conwy |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 01/01/25  0730 | OCGA 40-6-181 |

Place of Offense: I4H E MM 12

Offense Description: Factual Basis for Charge — HAZMAT ☐

Speed 60/45

### DEFENDANT INFORMATION
Phone: (___) ___-____

Last Name: Mulieri
First Name: Timothy

[defendant address/details redacted]

VEHICLE:
Tag No: 5T87621

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Federal District Courthouse
52 North Main Street
Statesboro, GA 30458

Date: 07 APR 25
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X _____ Defendant Signature

Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01 Jan, 20 25 while exercising my duties as a law enforcement officer in the Southern District of Georgia.

At approx 0730 hrs, I observed the reverse listed vehicle traveling at what appeared to be a high rate of speed. After proper visual and audio tracking the speed was verified by radar at 60 MPH in a posted 45 MPH zone. A traffic stop was initiated and the driver was identified as described on front. A breath test was offered and declined. Road conditions were clear, visibility was fair. Driver was cooperative.

CPL
B-CO, 62nd ESB, Division 3 ID

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/01/25
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident.