# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| GS2 | E2313740 | Callwood | CO198 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  CFR  USC  State Code |
|---|---|
| 01/01/25 0730 | OCGA 40-5-121 |

Place of Offense: 144 E. mm 12

Offense Description. Factual Basis for Charge: HAZMAT ☐

Suspended License

### DEFENDANT INFORMATION
Phone: (571) 465-6092

Last Name: Mulieri
First Name: Timo[...]

Street Address: 30[...] 17th [...]

City: Ft S[...]

Drivers License: 07155[...]

### VEHICLE
Tag No: 5II [...]

| A ☒ APPEARANCE IS REQUIRED | B ☐ APPEARANCE IS OPTIONAL |
|---|---|
| If Box A is checked, you must appear in court. See instructions. | If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

| Court Address | Date | Time |
|---|---|---|
| Federal District Courthouse 52 North Main Street Statesboro, GA 30458 | 07 Apr 25 | 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01 Jan, 2025 while executing my duties as a law enforcement officer in the Southern District of Georgia.

At approx 0730hrs, I observed the reverse listed vehicle traveling at what appeared to be a high rate of speed. A traffic stop was initiated and the GCIC revealed the driver license was suspended.

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/01/25
Date (mm/dd/yyyy)   Officer's Signature

Cpl Bcco 16310 ESB, [...] 3ID

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/17/2025 15:16   CVB SCAN 01/17/2025 15:16